O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINOLD ALLEN PARKER,<br><br>          Petitioner,<br><br>   vs.<br><br>J.F. SALAZAR, WARDEN,<br><br>          Respondent. | CASE NO. CV 08-04333 RSWL (RZ)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of REGINOLD ALLEN PARKER, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 07-28-09

*Ronald S.W. Lew*

HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE